In the Matter of LEON R. KOZIOL, Individually and as Parent of CHILD A. and CHILD B., and on Behalf of Parents and Children Similarly Situated, Appellant, v MARTHA WALSH HOOD, as Justice of the Supreme Court, et al., Respondents.

Decided June 7, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Chief Judge LIPPMAN taking no part.

K2 INVESTMENT GROUP, LLC, et al., Respondents-Appellants, v AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, Appellant-Respondent.

Decided June 7, 2012

On the Court's own motion, appeal by respondents-appellants dismissed, without costs, upon the ground that the dissent at the Appellate Division is not on a question of law in favor of respondents-appellants (see CPLR 5601 [a]). Motion by respondents-appellants for leave to appeal granted.

In the Matter of MAKAYLA L.P., an Infant. STEUBEN COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ALECIA M.P., Respondent, and DAVID S., Appellant.

Submitted March 26, 2012; decided June 7, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DAMIEN WARREN, Respondent.

Submitted May 7, 2012; decided June 7, 2012

Motion to vacate this Court's April 25, 2012 preclusion order granted.